IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

JOHNNY AUSTIN BENTON                                                                PLAINTIFF

v.                                    Civil No. 6:22-CV-06057-BAB

TODD BALL, SERGEANT GEDDING,                                                      DEFENDANTS
MRS. RACHEL McCLELLAND and JOHN
DOE CORRECTIONAL STAFF.[1]

## JUDGMENT

For the reasons stated in the Memorandum Opinion filed this date, this case is **DISMISSED WITHOUT PREJUDICE**.

IT IS SO ORDERED this 26th day of June 2023.

/s/ *Barry A. Bryant*
HON. BARRY A. BRYANT
UNITED STATES MAGISTRATE JUDGE

---

[1] Plaintiff voluntarily dismissed Defendants Sergeant Cody and Sergeant Jenkins without prejudice. (ECF Nos. 15, 16, 18, 19).

1

**DATED** this **26th day of June 2023**